

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 3, 2013**

**United States Bankruptcy Judge**

___

BTXN 060 (rev. 01/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Linda Gail Martin § Case No.: 13−10203−rlj7
 § Chapter No.: 7
Debtor(s) §

### ORDER DISMISSING CASE

**The Debtor(s), having been given notice that this case would be dismissed upon the failure to timely file:**

- ☐ Pay the required filing fee in installments as directed in the Order regarding the Application to Pay Filing Fee in Installments, or Order denying/revoking the Application for Waiver of the Chapter 7 Filing Fee.

- ☐ List of creditors required to be filed with the petition by N.D.TX L.B.R. 1007−1(a) **within 48 hours** from the issuance of the Notice Requiring Missing Documents

- ☐ Schedules pursuant to Fed. R. Bankr. P. 1007(c) **within 14 days** of the filing of the Petition

- ☐ Statement of Financial Affairs pursuant to Fed. R. Bankr. P. 1007(c) **within 14 days** of the filing of the Petition

- ☐ Plan/Plan Summary pursuant to Fed. R. Bankr. P. 3015 **within 14 days** of the filing of the Petition

- ☐ Authorization for Pre−Confirmation Disbursement pursuant to General Order 2010−01 **within 14 days** of the filing of the Petition

- ☐ Attorney Fee Disclosure **within 14 days** of the date of the filing of the petition

- ☐ List of twenty largest unsecured creditors **within 14 days** of the date of the filing of the petition

page 2

- ☐ Social Security/Tax ID number **within 48 hours** from the issuance of the Notice Requiring Missing Documents
- ☐ Form B21 **within 48 hours** of the date of the petition
- ☐ Statistical Summary/Summary of Schedules (Official Form 6) not provided at the time of filing. Official Form 6 must be filed **within 14 days** of the date of the filing of the petition
- ☐ Exhibit D not provided with the petition at time of filing. An amended petition including Exhibit D must be filed **within 3 days** from the issuance of the Notice of deficiency
- ☐ Certificate of completion from an approved credit counseling course completed **within 180 days** of the date of the filing of the petition
- ☐ Copies of employee income records **within 14 days** of the date of the filing of the petition
- ☑ Statement of Current Monthly Income **within 14 days** of the date of the filing of the petition
- ☐ Chapter 15 Service List **within 14 days** of the date of the filing of the petition
- ☐ Cash Flow Statement **within 7 days** of the date of the filing of the petition
- ☐ Balance Sheet **within 7 days** of the date of the filing of the petition
- ☐ Statement of Operations **within 7 days** of the date of the filing of the petition
- ☐ All required documents pursuant to 11 U.S.C. § 521 **within 45 days** of the filing of the petition
- ☐ Other:

**Pursuant to General Order 2010−01, and the Trustee having certified that the Debtor(s):**

- ☐ Did not pay the first payment specified in the Debtor's Preliminary Plan to the Trustee **within 45 days** of the filing of the Petition
- ☐ Did not pay to the Trustee when due, any pre−confirmation Payment (except the first) specified in the Debtor's Preliminary Plan. (See General Order 2010−01(3)(e))
- ☐ Failed to attend the Section 341 Meeting of Creditors and/or Debtor's Seminar
- ☐ Did not pay to the Trustee when due, any post−confirmation Payments specified in the Debtor's Confirmed Final Plan.

**ORDERED** that this case is **DISMISSED**; and it is further

**ORDERED** that this Order shall not be deemed a bar to refiling under 11 U.S.C. §109(g).

# # # End of Order # # #

```
                           United States Bankruptcy Court
                              Northern District of Texas
```

In re:                                                                    Case No. 13-10203-rlj
Linda Gail Martin                                                         Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0539-1         User: pbibbs              Page 1 of 1               Date Rcvd: Sep 03, 2013
                             Form ID: pdf022           Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2013.
```
db           +Linda Gail Martin,    P.O. Box 11,    Olden, TX 76466-0011
15630453      CITI Cards,    P.O. Box 182564,    Columbus, OH 43218-2564
15630452      EECU Mastercard,    P.O. Box 672051,    Dallas, TX 75267-2021
15630451     +First Financial Bank,    P.O. Box 788,    Eastland, TX 76448-0788
15630457     +Gwen Cumbie,    3351 CR 170,    Gorman, TX 76454-4514
15630455     +John B. Mills, Jr.,    610 Carroll Drive,    Garland, TX 75041-4417
15630456     +Sherry Maxey,    c/o Gary Peak,    101 W. Main,    Eastland, TX 76448-2721
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15630454     +E-mail/Text: bkr@cardworks.com Sep 04 2013 00:32:41      Advanta,    P.O. Box 5657,
               Hicksville, NY 11802-5657
                                                                                              TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2013 at the address(es) listed below:
```
              Harvey Leon Morton    ecfiling@hlmortonlaw.com, TX35@ecfcbis.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov
                                                                                              TOTAL: 2
```